**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| | § |
| In re: | § Chapter 11 |
| | § |
| TM36, LLC, *et al.*, | § Case No. 26-90386 (ARP) |
| | § |
| Debtors.[1] | § (Jointly Administered) |
| | § |
| | § |

**DEBTORS' WITNESS AND EXHIBIT LIST**
**FOR STATUS CONFERENCE ON MARCH 6, 2026**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this witness and exhibit list for the ***virtual only*** status conference to be held on **March 6, 2026 at**

**8:30 a.m. (prevailing Central Time)** (the "Status Conference") before the Honorable Alfredo R.

Pérez, United States Bankruptcy Judge.

**WITNESSES**

The Debtors may call any of the following witnesses at the Status Conference, whether in

person or by proffer:

1.  Pablo Bonjour, Chief Restructuring Officer;

2.  Any witnesses listed or called by any other party;

3.  Any witnesses necessary to establish that notice of the status conference has been

    provided; and

4.  Any witnesses necessary to rebut the testimony of any witnesses called or designated
    by any other parties.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are TM36, LLC (5051), StopLoss Specialists, LLC (3801), StopLoss, LLC (8840), StopLoss Response Services, LLC (3350), and StopLoss Logistics, LLC (3569). The Debtors' service address is: 716 S. Frio Street, Suite 110, San Antonio, TX 78207.

18180372

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Pablo Bonjour in Support of Chapter 11 Petitions and First Day Motions [Docket No. 10] (the "**First Day Declaration**") | | | | |
| 2. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 3. | Any exhibit introduced by any other party | | | | |
| 4. | Rebuttal or impeachment exhibits as necessary | | | | |

**RESERVATION OF RIGHTS**

The Debtors reserve their right to amend, supplement, or remove any witnesses and/or exhibits prior to the Status Conference. The Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.

2

18180372

Dated: March 5, 2026

*/s/ Aaron J. Power*
Aaron J. Power (TX 24058058)
Jack M. Eiband (TX 24135185)
Grecia V. Sarda (TX 24132092)
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, Texas 77005
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
apower@porterhedges.com
jeiband@porterhedges.com
gsarda@porterhedges.com

*Proposed Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on March 5, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Aaron J. Power*
Aaron J. Power

18180372