# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **TM36, LLC, et al.,** | § | **Case No. 26-90386 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

## NOTICE OF DEPOSITION

TO:  Scott Butaud
1048 Forum Dr.,
Broussard, LA 70518

PLEASE TAKE NOTICE that Recovery Logistics Finance, LLC, pursuant to Fed. R. Civ. P. 30(b)(4), made applicable herein by Fed. R. Bankr. P. 7030, will take the testimony, on oral examination, by audio and stenographic means of:

### SCOTT BUTAUD

on April 29, 2026, at 10:00 a.m. (CDT) via Zoom or at such other time and place as may be mutually agreed upon by the parties, and continuing until completed or rescheduled by counsel or the Court.  The oral examination will be for all lawful purposes in accordance with the Federal Rule of Bankruptcy Procedure 7030 and Federal Rule of Civil Procedure 30 and will be conducted before a court reporter or other officer duly authorized by law to administer oaths and record testimony. A transcript of the deposition will be made by stenographic means.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are TM36, LLC (5051), StopLoss Specialists, LLC (3801), StopLoss, LLC (8840), StopLoss Response Services, LLC (3350), and StopLoss Logistics, LLC (3569). The Debtors' service address is: 716 S. Frio Street, Suite 110, San Antonio, TX 78207.

Respectfully submitted,

BY: _/s/ Patrick S. Garrity_____
PATRICK S. GARRITY, (SDTX FED ID 3960972)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: 504.207.0920
Facsimile: 504.684.5507
E-mail: pgarrity@derbeslaw.com
*Counsel for Recovery Logistics Finance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties listed below.

_/s/ Patrick S. Garrity_____
PATRICK S. GARRITY


Jessica Nicole Alt on behalf of Creditor PNC Bank, National Association, as successor to PNC Equipment Finance, LLC
jalt@padfieldstout.com

Vineet Bhatia on behalf of Plaintiff StopLoss, LLC
vbhatia@susmangodfrey.com, mcarlock@susmangodfrey.com

John David Cornwell on behalf of Interested Party 431 KW, LLC
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

Albert J Derbes, IV on behalf of Creditor Recovery Logistics Finance, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Michael Fishel on behalf of Creditor Twelve Bridge Capital, LLC
michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Abigail Karin Flanigan on behalf of Plaintiff StopLoss Specialists, LLC
aflanigan@susmangodfrey.com

Abigail Karin Flanigan on behalf of Plaintiff StopLoss, LLC

aflanigan@susmangodfrey.com

Patrick S. Garrity on behalf of Creditor INSURED ADVOCACY GROUP II, LLC
pgarrity@derbeslaw.com

Patrick S. Garrity on behalf of Creditor Insured Advocacy Group, LLC
pgarrity@derbeslaw.com

Patrick S. Garrity on behalf of Creditor Recovery Logistics Finance, LLC
pgarrity@derbeslaw.com

Andrew Jimenez on behalf of U.S. Trustee US Trustee
andrew.jimenez@usdoj.gov

James W King on behalf of Creditor Sumitomo Mitsui Finance & Leasing Co., Ltd.
jking@offermanking.com

Aaron J Power on behalf of Debtor StopLoss Logistics, LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Debtor StopLoss Response Services, LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Debtor StopLoss Specialists, LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Debtor StopLoss, LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Debtor TM36, LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Emory Charles Powers on behalf of Creditor Wells Fargo Vendor Financial Services, LLC
emory.powers@arlaw.com, mary.jahn@arlaw.com

Meagan Martin Powers on behalf of Debtor TM36, LLC
meagan@martinpowers.com, angelita@martinpowers.com;paralegals@martinpowers.com

Joel Wilson Reese on behalf of Creditor Command 247, LLC
joel.reese@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

Joel Wilson Reese on behalf of Debtor TM36, LLC
joel.reese@rm-firm.com, tammy.schenkelberg@rm-firm.com,deedee.carr@rm-firm.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Krisina Janaye Zuniga on behalf of Plaintiff StopLoss Specialists, LLC
kzuniga@susmangodfrey.com, hgratzer@susmangodfrey.com

Krisina Janaye Zuniga on behalf of Plaintiff StopLoss, LLC
kzuniga@susmangodfrey.com, hgratzer@susmangodfrey.com