**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **TM36, LLC, et al.,** | § | **Case No. 26-90386 (ARP)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**LIST OF EXHIBITS AND WITNESSES FOR HEARING ON**
**MAY 13, 2026, AT 10:30 A.M. (PREVAILING CENTRAL TIME)**

Recovery Logistics Finance, LLC, Insured Advocacy Group, LLC, and Insured Advocacy Group II, LLC, (collectively "RLF") through undersigned counsel, hereby submit the following list of exhibits and witnesses in connection with the Final Hearing on the *Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001, and 9014 (I) Approving Postpetition Financing; (II) Allowing Use of Cash Collateral; (III) Granting Liens and Providing Superpriority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying Automatic Stay; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [ECF Doc. 37]  scheduled for May 13, 2026, at 10:30 a.m. (prevailing Central Time).

**Witness List**

RLF may call the following witnesses to testify at the hearing:

1.      Pablo Bonjour

2.      Paul Black

3.      Any witness listed on the Witness List of any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are TM36, LLC (5051), StopLoss Specialists, LLC (3801), StopLoss, LLC (8840), StopLoss Response Services, LLC (3350), and StopLoss Logistics, LLC (3569). The Debtors' service address is: 716 S. Frio Street, Suite 110, San Antonio, TX 78207.

4.      Any person necessary to authenticate any exhibit or other document.

RLF reserves the right to (i) call one or more of the foregoing witnesses to provide live direct testimony, (ii) submit written direct testimony for one or more of the foregoing witnesses (in which event the witness will be available, either live in the courtroom or by phone/video, to answer any questions the Court may have), (iii) amend this witness list, (iv) withdraw any of the foregoing witnesses; (v) call any witness necessary to authenticate and/or lay the foundation for the admission of any exhibit and (vi) call any witnesses necessary for clarification, rebuttal, and/or impeachment.

**Exhibit List**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | First Party Claims Non-Recourse Sale and Assignment Agreement | | | | |
| 2 | Schedule D – [ECF Doc #114] | | | | |
| 3 | Schedule A/B – [ECF Docs #113] | | | | |
| 4 | Schedule A/B – [ECF Docs #114] | | | | |
| 5 | Schedule A/B – [ECF Docs #115] | | | | |
| 6 | Schedule A/B – [ECF Docs #116] | | | | |
| 7 | Schedule A/B – [ECF Docs #117] | | | | |
| 8 | Convertible Note Agreement | | | | |
| 9 | Assignment of Claims Agreement | | | | |
| 10 | Lee Ho Village First Amended Petition | | | | |
| 11 | Order from First Judicial Circuit for Escambia County, Florida dated February 17, 2026, Case #2024 CA 001012 | | | | |
| 12 | Deposition Transcript of Pablo Bonjour | | | | |
| 13 | Deposition Transcript of Paul Black | | | | |
| 14 | Any documents listed on the Exhibit List of any other parties | | | | |
| 15 | Any documents to be used for rebuttal | | | | |

RLF reserves the right to (i) supplement or amend this Exhibit List, (ii) not offer some or all of the foregoing exhibits into evidence, (ii) request leave of Court to offer into evidence any additional exhibits, and (iii) request that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of documents (including court orders) filed on the docket of this bankruptcy case or in other court cases.

Respectfully submitted,

BY: /s/ Patrick S. Garrity
PATRICK S. GARRITY, (SDTX ID 3960972)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: 504.207.0920
Facsimile: 504.684.5507
E-mail: pgarrity@derbeslaw.com

-and-

Jarrod B. Martin (TX Bar No. 24070221)
Michael K. Riordan (TX Bar No. 24070502)
BRADLEY ARANT BOULT
CUMMINGS LLP
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone:    (713) 576-0300
Facsimile:    (713) 547-0301
Email: jbmartin@bradley.com
        mriordan@bradley.com
*Attorneys for Recovery Logistics Finance, LLC, Insured Advocacy Group, LLC, and Insured Advocacy Group II, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2026, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties listed below.

*/s/ Patrick S. Garrity*
PATRICK S. GARRITY

Jessica Nicole Alt on behalf of Creditor PNC Bank, National Association, as successor to PNC Equipment Finance, LLC
jalt@padfieldstout.com

Christopher V Arisco on behalf of Creditor PNC Bank, National Association, as successor to PNC Equipment Finance, LLC
carisco@padfieldstout.com

Maurice J Baumgarten on behalf of Creditor Insured Advocacy Group, LLC
mjbaumgarten613@gmail.com

Maurice J Baumgarten on behalf of Creditor Recovery Logistics Finance LLC
mjbaumgarten613@gmail.com

Maurice J Baumgarten on behalf of Creditor Recovery Logistics Finance, LLC
mjbaumgarten613@gmail.com

Maurice J Baumgarten on behalf of Defendant INSURED ADVOCACY GROUP II, LLC
mjbaumgarten613@gmail.com

Maurice J Baumgarten on behalf of Defendant Insured Advocacy Group, LLC
mjbaumgarten613@gmail.com

Vineet Bhatia on behalf of Plaintiff StopLoss, LLC
vbhatia@susmangodfrey.com, mcarlock@susmangodfrey.com

John David Cornwell on behalf of Interested Party 431 KW, LLC
jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

Richard G. Dafoe on behalf of Creditor Bank of America
rdafoe@vinlaw.com, rdafoe@ecf.inforuptcy.com

Albert J Derbes, IV on behalf of Creditor Recovery Logistics Finance, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Michael Fishel on behalf of Creditor Twelve Bridge Capital, LLC
michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Abigail Karin Flanigan on behalf of Plaintiff StopLoss Specialists, LLC
aflanigan@susmangodfrey.com

Abigail Karin Flanigan on behalf of Plaintiff StopLoss, LLC
aflanigan@susmangodfrey.com

Patrick S. Garrity on behalf of Creditor INSURED ADVOCACY GROUP II, LLC
pgarrity@derbeslaw.com, garrity.patrickr72443@notify.bestcase.com

Patrick S. Garrity on behalf of Creditor Insured Advocacy Group, LLC
pgarrity@derbeslaw.com, garrity.patrickr72443@notify.bestcase.com

Patrick S. Garrity on behalf of Creditor Recovery Logistics Finance, LLC
pgarrity@derbeslaw.com, garrity.patrickr72443@notify.bestcase.com

Reagan H. Tres Gibbs, III on behalf of Creditor Garrett McKenzie, Inc.
tgibbs@cokinoslaw.com, dbrown@cokinoslaw.com

William James Hotze on behalf of Creditor Committee Official Committee of Unsecured Creditors
whotze@dykema.com

Andrew Jimenez on behalf of U.S. Trustee US Trustee
andrew.jimenez@usdoj.gov

James W King on behalf of Creditor Sumitomo Mitsui Finance & Leasing Co., Ltd.
jking@offermanking.com

Jarrod B. Martin on behalf of Creditor INSURED ADVOCACY GROUP II, LLC
jbmartin@bradley.com,
atty_jmartin@bluestylus.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;j
bmartin@ecf.courtdrive.com;mdsmith@bradley.com

Jarrod B. Martin on behalf of Creditor Insured Advocacy Group, LLC
jbmartin@bradley.com,

atty_jmartin@bluestylus.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com

Jarrod B. Martin on behalf of Creditor Recovery Logistics Finance, LLC
jbmartin@bradley.com,
atty_jmartin@bluestylus.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com

Aaron J Power on behalf of Debtor StopLoss Logistics, LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Debtor StopLoss Response Services, LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Debtor StopLoss Specialists, LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Debtor StopLoss, LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Debtor TM36, LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Emory Charles Powers on behalf of Creditor Wells Fargo Vendor Financial Services, LLC
emory.powers@arlaw.com, mary.jahn@arlaw.com

Meagan Martin Powers on behalf of Debtor TM36, LLC
meagan@martinpowers.com, angelita@martinpowers.com;paralegals@martinpowers.com

Joel Wilson Reese on behalf of Creditor Command 247, LLC
joel.reese@rm-firm.com, Chloe.levy@rm-firm.com,deedee.carr@rm-firm.com,morgan.luster@rm-firm.com

Joel Wilson Reese on behalf of Debtor TM36, LLC
joel.reese@rm-firm.com, Chloe.levy@rm-firm.com,deedee.carr@rm-firm.com,morgan.luster@rm-firm.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Julian Preston Vasek on behalf of Interested Party 431 KW, LLC
jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com

Krisina Janaye Zuniga on behalf of Plaintiff StopLoss Specialists, LLC
kzuniga@susmangodfrey.com, hgratzer@susmangodfrey.com

Krisina Janaye Zuniga on behalf of Plaintiff StopLoss, LLC
kzuniga@susmangodfrey.com, hgratzer@susmangodfrey.com