**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| | § |
| In re: | § Chapter 11 |
| | § |
| TM36, LLC, *et al.*, | § Case No. 26-90386 (ARP) |
| | § |
| Debtors.[1] | § (Jointly Administered) |
| | § |
| | § |

## DEBTORS' WITNESS AND EXHIBIT LIST
## FOR HEARING ON MAY 13, 2026

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this witness and exhibit list for the hybrid hearing to be held on **May 13, 2026 at 10:30 a.m.**

**(prevailing Central Time)** (the "Hearing") before the Honorable Alfredo R. Pérez, United States

Bankruptcy Judge.

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing, whether in person or

by proffer:

1. Pablo Bonjour, Chief Restructuring Officer;

2. John Lewis, Chief Executive Officer;

3. Any witnesses listed or called by any other party;

4. Any witnesses necessary to establish that notice of the status conference has been

    provided; and

5. Any witnesses necessary to rebut the testimony of any witnesses called or designated
    by any other parties.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are TM36, LLC (5051), StopLoss Specialists, LLC (3801), StopLoss, LLC (8840), StopLoss Response Services, LLC (3350), and StopLoss Logistics, LLC (3569). The Debtors' service address is: 716 S. Frio Street, Suite 110, San Antonio, TX 78207.

18387361

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Comprehensive DIP Term Sheet dated March 31, 2026 (Doc. No. 37-1) | | | X | 4/6/26 |
| 2. | Original 13-Week Budget (Doc. No. 37-3) | | | X | 4/6/26 |
| 3. | Declaration of Pablo Bonjour in Support of Motion of Debtors for Interim and Final Orders Authorizing (I) DIP Financing, (II) Use of Cash Collateral, and (III) Other Related Relief (doc. No. 37-2) | | | X | 4/6/26 |
| 4. | Declaration of Pablo Bonjour in Support of Chapter 11 Petitions and First Day Motions [Docket No. 10] | | | X | 4/6/26 |
| 5. | Amended Certificate of Service (Doc. No. 41) | | | X | 4/6/26 |
| 6. | Certificate of Service of Final DIP Order (Doc. No. 71) | | | | |
| 7. | Updated 13-Week Budget | | | | |
| 8. | Redline of proposed Final DIP Order against Interim DIP Order | | | | |
| 9. | TM36 Schedules and Statements of Financial Affairs (Doc. No. 113) | | | | |
| 10. | StopLoss LLC Schedules and Statements of Financial Affairs (Doc. No. 114) | | | | |
| 11. | StopLoss Logistics LLC Schedules and Statements of Financial Affairs (Doc. No. 115) | | | | |
| 12. | StopLoss Response Services LLC Schedules and Statements of Financial Affairs (Doc. No. 116) | | | | |
| 13. | StopLoss Specialists LLC Schedules and Statements of Financial Affairs (Doc. No. 117) | | | | |

18387361

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 14. | StopLoss Specialists LLC Audited Financial Statements Year Ended December 31, 2023 | | | | |
| 15. | Contract Termination, Payment, Full and Final Settlement, and Mutual Release Agreement with GrayStreet Management Services dated June 3, 2025 | | | | |
| 16. | Letter from RLF counsel to GrayStreet Management Services dated June 16, 2025 | | | | |
| 17. | StopLoss Specialists Lien Against Grand Isle Towers | | | | |
| 18. | Convertible Note Agreement dated July 11, 2025 | | | | |
| 19. | Commercial Contract related to 3984 Barrancas Avenue, Pensacola, FL | | | | |
| 20. | Amendment to Commercial Contract related to 3984 Barrancas Avenue, Pensacola, FL | | | | |
| 21. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 22. | Any exhibit introduced by any other party | | | | |
| 23. | Rebuttal or impeachment exhibits as necessary | | | | |

18387361

## RESERVATION OF RIGHTS

The Debtors reserve their right to amend, supplement, or remove any witnesses and/or exhibits prior to the Status Conference. The Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.

Dated: May 11, 2026

*/s/ Aaron J. Power*
Aaron J. Power (TX 24058058)
Jack M. Eiband (TX 24135185)
Grecia V. Sarda (TX 24132092)
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, Texas 77005
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
apower@porterhedges.com
jeiband@porterhedges.com
gsarda@porterhedges.com

*Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on May 11, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Aaron J. Power*
Aaron J. Power

18387361