**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| | § |
| In re: | § Chapter 11 |
| | § |
| TM36, LLC, *et al.*, | § Case No. 26-90386 (ARP) |
| | § |
| Debtors.[1] | § (Jointly Administered) |
| | § |
| | § |

## DEBTORS' WITNESS AND EXHIBIT LIST
## FOR HEARING ON MAY 27, 2026

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this witness and exhibit list for the hybrid hearing to be held on **May 27, 2026, at 10:30 a.m.**

**(prevailing Central Time)** (the "Hearing") before the Honorable Alfredo R. Pérez, United States

Bankruptcy Judge.

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing, whether in person or

by proffer:

1. Pablo Bonjour, Chief Restructuring Officer;

2. Any witnesses listed or called by any other party;

3. Any witnesses necessary to establish that notice of the status conference has been

   provided; and

4. Any witnesses necessary to rebut the testimony of any witnesses called or designated
   by any other parties.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are TM36, LLC (5051), StopLoss Specialists, LLC (3801), StopLoss, LLC (8840), StopLoss Response Services, LLC (3350), and StopLoss Logistics, LLC (3569). The Debtors' service address is: 716 S. Frio Street, Suite 110, San Antonio, TX 78207.

18424593

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Commercial Contract for Debtors' sale of 3984 Barrancas Avenue, Pensacola, FL | | | | |
| 2. | Addendum to Contract (relates to Exhibit 1) | | | | |
| 3. | Draft Real Estate Closing Statement | | | | |
| 4. | Commercial Contract for Debtors' purchase of 3984 Barrancas Avenue, Pensacola, FL | | | | |
| 5. | Addendum to Contract (relates to Exhibit 4) | | | | |
| 6. | Assignment Agreement between Olinger Parties and StopLoss Response Services, LLC | | | | |
| 7. | Environmental Enforcement Order Dated June 30, 2022 | | | | |
| 8. | Environmental Enforcement Order Dated December 6, 2023 | | | | |
| 9. | Photograph of exterior condition of Barrancas Property | | | | |
| 10. | Photograph of interior condition of Barrancas Property | | | | |
| | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| | Any exhibit introduced by any other party | | | | |
| | Rebuttal or impeachment exhibits as necessary | | | | |

2

18424593

## RESERVATION OF RIGHTS

The Debtors reserve their right to amend, supplement, or remove any witnesses and/or exhibits prior to the Hearing. The Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.

Dated: May 26, 2026

/s/ Aaron J. Power
Aaron J. Power (TX 24058058)
Jack M. Eiband (TX 24135185)
Grecia V. Sarda (TX 24132092)
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, Texas 77005
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
apower@porterhedges.com
jeiband@porterhedges.com
gsarda@porterhedges.com

*Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on May 26, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Aaron J. Power
Aaron J. Power

3

18424593