**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| TM36, LLC, *et al*. | § § | Case No. 26-90386 (ARP) |
| Debtors.[1] | § § § | (Jointly Administered) |
| | § | |

## WITNESS & EXHIBIT LIST FOR HEARING ON MAY 27, 2026

The Official Committee of Unsecured Creditors (the "**Committee**"), by and through its undersigned counsel, files its Witness & Exhibit List for the hearing on **May 27, 2026, at 10:30 a.m. prevailing central time** (the "**Hearing**"), before the Honorable Alfredo R. Perez, United States Bankruptcy Judge.

## WITNESSES

The Committee may call any of the following witnesses at the Hearing:

1.      Any witness called or designated by any other party.

2.      Any witness necessary to impeach the testimony of any witness called or designated by any other party.

3.      Any witness necessary to rebut the testimony of any witness called or designated by any other party.

4.      The Committee reserves the right to cross examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are TM36, LLC (5051), StopLoss Specialists, LLC (3801), StopLoss, LLC (8840), StopLoss Response Services, LLC (3350), and StopLoss Logistics, LLC (3569). The Debtors' service address is: 716 S. Frio Street, Suite 110, San Antonio, TX 78207.

## EXHIBITS

The Committee may offer into evidence one or more of the following exhibits at the Hearing:

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| A. | Any document, pleading, exhibit, transcript, order, or other document filed in the above-captioned bankruptcy case | | | |
| B. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | |
| C. | Any exhibit offered or identified by any other party | | | |

The Committee reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

Dated: May 26, 2026

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: /s/ *William Hotze*
William J. Hotze
Texas Bar No. 24087754
Michael W. Twomey
Texas Bar No. 24070776
Jennifer D. Cruz
Texas Bar No: 24141197
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, TX 77010
Tel: 713-904-6900
Email: whotze@dykema.com
Email: mtwomey@dykema.com
Email: jcruz@dykema.com

*Proposed Counsel for the Official*
*Committee of Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on May 26, 2026, a true and correct copy of the foregoing notice was filed with the Court and served via the Court's electronic case filing system (ECF) upon all parties receiving such electronic service in this bankruptcy case.

*/s/ William Hotze*

William Hotze
